# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF MICHIGAN, *ex rel.* PATRICIA CROWE, M.D., | ) CASE NO.:  1:21-cv-770 ) ) JUDGE ROBERT J. JONKER ) |
| Plaintiffs, | ) ) |
| v. | ) MOTION FOR LEAVE TO SERVE ) COMPLAINT ) |
| SPARROW MEDICAL GROUP, *et al.* | ) ) ) |
| Defendants. | ) |

Relator Patricia Crowe, through counsel, hereby moves for leave, for an additional 60 days, to serve summons and the First Amended Complaint upon Respondents. This matter was ordered unsealed on or about March 8, 2022. See ECF No. 20. Relators' added counsel was recently retained and successfully admitted to practice in this Court on June 2, 2022. As it currently stands the First Amended Complaint is due to be served by June 6, 2022. If this Motion is well taken the new deadline to serve the First Amended Complaint will August 5, 2022. For the reasons stated herein Relator respectfully requests 60 days from the current service deadline, or until Friday, August 5, 2022, to serve the First Amended Complaint upon Respondents.

Respectfully submitted,

/s/ Warner Mendenhall
Warner Mendenhall
OH Bar No. 0070165
MENDENHALL LAW GROUP
190 North Union Street, Suite 201
Akron, Ohio 44304
330.535.9160; f 330.762.9743
warner@warnermendenhall.com

*Counsel for Relator*

## CERTIFICATE OF SERVICE

      I certify that on this 3rd day of June 2022 a true and accurate copy of the foregoing was sent through this Court's ECF system and by regular U.S. mail to the following:

SPARROW MEDICAL GROUP
c/o JOHN HYDEN
1200 E MICHIGAN AVE, SUITE 600
LANSING, MI  48912

SPARROW CARE NETWORK
c/o JOHN HYDEN
1200 E MICHIGAN AVE, SUITE 600
LANSING, MI  48912

SPARROW HEALTH SYSTEM
c/o JOHN HYDEN
1200 E MICHIGAN AVE, SUITE 600
LANSING, MI  48912

                                              /s/ Warner Mendenhall
                                              Warner Mendenhall, 0070165