UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA AND
THE STATE OF MICHIGAN, *ex rel.*
PATRICIA CROWE, M.D.,

      Plaintiffs,

v.

SPARROW MEDICAL GROUP;
SPARROW CARE NETWORK;
SPARROW HEALTH SYSTEM,

      Defendants.
_____/

Case No. 1:21-cv-770

Hon. Robert J. Jonker
United States District Judge

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the False Claims Act, 31 U.S.C. § 3730(b)(1), and the Michigan Medicaid False Claim Act, Mich. Comp. Laws § 400.610a(1), the United States of America, the State of Michigan, and Relator Patricia Crowe, M.D., (collectively, "the Plaintiff Parties"), and Sparrow Medical Group, Sparrow Care Network, and Sparrow Health System (collectively, "the Defendants"), stipulate as follows:

- To resolve the Relator's claims asserted against Defendants in this action, the parties have executed a settlement agreement attached as Exhibit A (the "Settlement Agreement").

- The United States and the State of Michigan stipulate to the dismissal of the Defendants as to the Covered Conduct as that term is defined in the Settlement Agreement (the "Covered Conduct") with prejudice as to the United States and the State of Michigan, subject to the terms of the parties' Settlement Agreement.  The stipulation of dismissal is without prejudice as to the United States and the State of Michigan as to any conduct other than the Covered Conduct (Exhibit A).

- Subject to the terms of the Settlement Agreement, Relator stipulates to the dismissal of this action against Defendants, with prejudice.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

/s/ *Carolyn A. Almassian*
CAROLYN A. ALMASSIAN
Assistant U.S. Attorney
U.S. Attorney's Office, Western District of Michigan
330 Ionia Ave. NW, Suite 501
Grand Rapids, MI 49503
Tel: (616) 808-2028

E-mail: carolyn.almassian@usdoj.gov

*Counsel for the United States*

Dated: June 29, 2023

/s/ *Warner Mendenhall*
WARNER MENDENHALL
The Mendenhall Law Group
190 North Union Street, Suite 201
Akron, Ohio 44304
Tel: (330) 535-9160
E-mail: warner@warnermendenhall.com

*Counsel for Patricia Crowe, M.D.*

Dated: June 29, 2023

/s/ *Timothy C. Erickson*
TIMOTHY C. ERICKSON
Assistant Attorney General
Health Care Fraud Division
Michigan Department of Attorney General
Tel: (517) 241-6500
E-mail: EricksonT@michigan.gov

*Counsel for the State of Michigan*

Dated: June 29, 2023

/s/ *Mark S. Pendery*
MARK S. PENDERY
Honigman, LLP
Grand Rapids, MI 49503
300 Ottawa Ave. NW, #400
Tel: (616) 649-1910
E-mail: MPendery@honigman.com

*Counsel for Defendants*

Dated: June 29, 2023